ALBERTA P. STAHL, TRUSTEE
221 N. Figueroa Street, Suite 1200
Los Angeles, CA  90012
Email:       trusteestahl@earthlink.net
Telephone: (213) 580-7977
Facsimile:  (213) 482-1647

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| In Re:<br><br>GILES, HARUN<br><br><br><br><br><br>Debtor(s) | Case No.: 2:10-10400-BB<br><br>10104002<br>Chapter: 7<br><br>NOTICE OF CONTINUED MEETING OF CREDITORS AND APPEARANCE OF DEBTOR [11 USC 341(a)] |
|---|---|

COUNSEL: Zzpro Per
TO THE ABOVE NAMED DEBTOR(S):

    You are hereby notified that the Meeting of Creditors pursuant to Title 11 U.S.C. Section 341(a) in the above-entitled matter was continued to **March 24, 2010** at **10:00 a.m.** at OFFICE OF THE US TRUSTEE, 725 S. FIGUEROA STREET, ROOM 101, LOS ANGELES, CA 90017, for the reason set forth below:

    The required tax returns have not been provided to the Trustee.

Dated: February 17, 2010           /s/ Alberta P. Stahl
                                             ALBERTA P. STAHL
                                             Chapter 7 Trustee

    I certify that I served the within notice on the above debtor(s) and the debtor(s)' attorney, and interested parties on February 17, 2010.

                                                                 /s/ Craig Aron
                                                                 Craig Aron